UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAFFUCCI-RUIZ,
v.
JOSE G. RODRIGUEZ, et al.

CASE NUMBER: 98-1476 (DRD)

## ORDER

The Plaintiff, Roberto Raffucci Ruiz, filed a Motion Requesting Voluntary Dismissal of Action (Docket No. 36), requesting the Court to dismiss the present action because the Plaintiff believes the causes of action alleged in the complaint are time-barred. Thus, the Court pursuant to FED. R. CIV. P. 41(a)(2) **GRANTS** the Plaintiff's request and **DISMISSES** this case. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: December 13, 1999

P:\PEACHORD.ERS\98-1476.DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
99 DEC 14 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:            EOD:

By: _____ # 38