UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO RAFFUCCI-RUIZ,
v.
JOSE G. RODRIGUEZ, et al.

CASE NUMBER: 98-1476 (DRD)

## JUDGMENT

In accordance with the Order of this same date, the Court pursuant to FED. R. CIV. P. 41(a)(2) **GRANTS** the Plaintiff's, Roberto Raffucci Ruiz, Motion Requesting Voluntary Dismissal of Action (Docket No. 36), and therefore this case is **DISMISSED**.
IT IS SO ADJUDGED AND DECREED.

Date: December 13, 1999

P:\PEACHORD.ERS\98-1476.DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
99 DEC 14 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

Rec'd:        EOD:

By:        # 39